ton *Harris, Yelverton Cowherd* and *Alfred D. Treherne* for District 50, United Mine Workers of America, respondent.

No. 258, Misc.   Ford *v.* United States.   Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted.   *John P. Lomenzo* and *Sydney R. Rubin* for petitioner.   *Solicitor General Rankin* and *Assistant Attorney General Rice* for the United States.

No. 483, Misc.   McAllister *v.* Magnolia Petroleum Co.   Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Court of Civil Appeals of Texas, Fifth Supreme Judicial District, granted. *Arthur J. Mandell* for petitioner.   *Chas. B. Wallace* and *Frank C. Bolton, Jr.* for respondent.

No. 350, Misc.   Masciale *v.* United States.   Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted.   *Merrell E. Clark, Jr.* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 633.   Penland *v.* Golden et al.   District Court of Appeal of California, Second Appellate District.   Certiorari denied.